UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THEODORE TOBIAS,<br>     Plaintiff,<br><br>v.<br><br>MAPFRE INSURANCE,<br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 22-10140-LTS |

ORDER

May 4, 2022

SOROKIN, J.

On January 28, 2022, the Court granted plaintiff leave to proceed *in forma pauperis* and ordered him to show cause why this action should not be dismissed for lack of subject matter jurisdiction. [ECF No. 4]. The Order explained that this Court is without diversity jurisdiction pursuant and that the complaint failed to set forth any federal cause of action upon which relief may be granted. [*Id.*]. Plaintiff was advised that failure to show cause why this action should not be dismissed will result in dismissal of the action. [*Id.*].

Plaintiff has failed to file anything further in this action and the time for responding to the Court's Order expired on February 21, 2022.

Accordingly, this action is DISMISSED for the reasons set forth in the January 28, 2022 Memorandum and Order. The Clerk is directed to enter a separate order of dismissal.

SO ORDERED.

/s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge